**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                  Case No. 8:24-bk-05078-CED
                                                                                             Chapter 13
ALEXIS COLLAZO

        Debtor.[1]
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION AND**
**OBJECTION CONCERNING CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

    Trustee's Recommendation to the Court.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time and objects to confirmation based on the following:

    1.  The Trustee requests the following additional documents, to be provided within twenty-one (21) days unless otherwise specified, to determine if the Debtor has dedicated all disposable income to the Plan and/or met the best interest of creditors test:

        a.  The Debtor's pay advices/proof of monthly income for June 2024;

        b.  Valuation/appraisal of tractor-trailer as of the petition date;

        c.  Balance sheet for Debtor's business, proof of any debt against the business, updated profit and loss statements to be provided 2 weeks in advance of confirmation with annotated business bank statements.

    2.  It does not appear that the Debtor has dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1325(b)(1)(B). The Debtor's Official Form 122C-1 needs to be amended to correct line 5 because the correct look back period was not used – must use January 2024 through June 2024.

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.

3. The Trustee reserves the right to request further information or raise further objections prior to or at the confirmation hearing.

I HEREBY CERTIFY that a true and correct copy of the Trustee's Unfavorable Recommendation and Objection Concerning Confirmation of the Plan was furnished electronically and/or by First Class U.S. Mail to ALEXIS COLLAZO, 3012 47th Street West, Lehigh Acres, FL 33971; ALAN D. BORDEN, DEBT RELIEF LEGAL GROUP, LLC, 901 W. Hillsborough Avenue, Tampa, FL 33603; and the U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, on this 3rd day of October, 2024.

/s/ Lydia M. Gazda, Esquire
LYDIA M. GAZDA, ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0071842
Attorney for the Trustee

KR/tem